UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                               Case No.: 09-33130
RICHARD KERRY THOMPSON            Chapter 7
                                                     Hon. Daniel S. Opperman

                                 **Debtor(s).**
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

       The attached check in the amount of $4.91 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Creative Communications for the Parish #xxx4C07 1564 Fencorp Dr. Fenton, MO 63026 | 3 | $4.91 |

Dated: 7/29/10

                                                           <u>/s/ Collene K. Corcoran, Trustee</u>
                                                           Collene K. Corcoran, Trustee
                                                           PO Box 535
                                                           Oxford, MI 48371
                                                           (248) 969-9300
                                                           ccorcoran@epiqtrustee.com